UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 14-12544-BKC-LMI

IN RE:
ANN M. FERNANDEZ
         DEBTOR(S)
_____/

**TRUSTEE'S NOTICE OF NON-COMPLIANCE**

    Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

    1.  At the Confirmation Hearing held on May 6, 2014 the debtor(s) agreed that the debtor(s) would become current with $562.14 by five o'clock in the afternoon or that the debtor(s) agreed to the entry of a dismissal order.

    2.  As of May 16, 2014, the debtor(s) has failed to comply with this agreement as the last payment received was on April 8, 2014.

    3.  Accordingly, the Trustee is requesting an order of dismissal.

    I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on May 16, 2014.

                                /s_____
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027
                              (954) 443-4402

COPIES FURNISHED TO:

Ann M Fernandez
600 SW 89 Ave
Miami, FL 33174

Michael A. Frank, Esq. (ECF)